Jan Van Dusen, SBN 142700
Self-Represented
1501 Magnolia Street
Oakland, CA 94607
Tel   510-689-6541
Fax   501-788-6212

Plaintiff, Self-Represented

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAN VAN DUSEN,<br><br>    Plaintiff,<br><br>v.<br><br>CATHERINE D. PURCELL, et al.,<br><br>    Defendants. | Case No. 16-cv-04976-EMC<br><br>NOTICE OF APPEAL OF ORDER FILED 5/1/19, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND |

    Jan Van Dusen, the plaintiff and appellant herein, appeals, pursuant to 28 U.S.C. §1294, to the United States Court of Appeals for the Ninth Circuit, from the order of the United States District Court for the Northern District of California entered on May 1, 2019, dismissing plaintiff's complaint without leave to amend, and from any further order or judgment that may be based on that order.

    Plaintiff is self-represented.  Her address and telephone number are:

    1501 Magnolia Street, Oakland, California 94607          510-689-6541

Dated:  May 8, 2019                                       */s/ Jan Van Dusen*
                                                             Jan Van Dusen, Plaintiff in Pro Per